**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　Terence Wright<br>　　Shonta Dixon<br>　　　　　Debtor(s) | Case No. 13-17960 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 04/29/2013.

　　2) The plan was confirmed on NA.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

　　5) The case was dismissed on 08/15/2013.

　　6) Number of months from filing to last payment: 0.

　　7) Number of months case was pending: 7.

　　8) Total value of assets abandoned by court order: NA.

　　9) Total value of assets exempted: NA.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:   $119.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acct Recov | Unsecured | 632.00 | NA | NA | 0.00 | 0.00 |
| Acct Recov | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| Acct Recov | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 697.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Service | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| American Accounts Ad | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC (Cng) | Unsecured | NA | 500.00 | 500.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC (Ez Corp) | Unsecured | NA | 515.00 | 515.00 | 0.00 | 0.00 |
| Bank of America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | NA | 150.45 | 150.45 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | NA | 207.60 | 207.60 | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| Cbs Inc | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| City of Lafayette | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 1,782.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service, Inc. | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Duke Energy | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| DUKE ENERGY SHARED SVCS INC | Unsecured | 433.00 | 432.85 | 432.85 | 0.00 | 0.00 |
| DUKE ENERGY SHARED SVCS INC | Unsecured | NA | 541.42 | 541.42 | 0.00 | 0.00 |
| DUKE ENERGY SHARED SVCS INC | Unsecured | NA | 939.22 | 939.22 | 0.00 | 0.00 |
| DUKE ENERGY SHARED SVCS INC | Unsecured | NA | 17.93 | 17.93 | 0.00 | 0.00 |
| Eagle Accounts Group I | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Company | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 2,270.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| HAWKEYE ADJ | Unsecured | 4,396.00 | NA | NA | 0.00 | 0.00 |
| HAWKEYE ADJ | Unsecured | 8,472.00 | NA | NA | 0.00 | 0.00 |
| HAWKEYE ADJ | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| HAWKEYE ADJ | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| HAWKEYE ADJ | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Imc Credit Services | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| Imc Credit Services | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| Imc Credit Services | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Imc Credit Services | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| Imc Credit Services | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| Imc Credit Services | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| Imc Credit Services | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital System | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 500.00 | 878.39 | 878.39 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 500.00 | 129.00 | 129.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 825.00 | 825.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 306.95 | 306.95 | 0.00 | 0.00 |
| Jnr Adjustment Company | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| John Potter | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Jvdb Asc | Unsecured | 3,822.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Mrsi | Unsecured | 2,084.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections of America | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections of America | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICOLLOFAM | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| National Account Systems | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| National Account Systems | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| Ncs Inc. | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Ncs Inc. | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| Ncs Inc. | Unsecured | 967.00 | NA | NA | 0.00 | 0.00 |
| Ncs Inc. | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Ncs Inc. | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Noll Collect | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Nrthn Resol | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,045.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE/USA FUNDS | Unsecured | 5,228.00 | 8,380.91 | 8,380.91 | 0.00 | 0.00 |
| South Chicago Dodge Chrysler & Jeep | Unsecured | 1,402.00 | NA | NA | 0.00 | 0.00 |
| South Chicago Dodge Chrysler & Jeep | Secured | 10,575.00 | NA | 2,000.00 | 0.00 | 0.00 |
| SOUTHERN AUTO FINANCIAL CO | Secured | 9,977.00 | 9,977.92 | 9,977.00 | 0.00 | 0.00 |
| SOUTHERN AUTO FINANCIAL CO | Unsecured | NA | 0.00 | 0.92 | 0.00 | 0.00 |
| State Collection Services | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| TCF | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| The Affiliated Group I | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| Tim Livers | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| United Resource System | Unsecured | 1,206.00 | NA | NA | 0.00 | 0.00 |
| Us Recov Svc | Unsecured | 270.00 | 270.56 | 270.56 | 0.00 | 0.00 |
| Us Recov Svc | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| Vectren Energy | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE SQUARE | Unsecured | 1,260.00 | 1,260.48 | 1,260.48 | 0.00 | 0.00 |
| Wood Forest Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,977.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,977.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,606.68** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/25/2013                                By:/s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**